DdF

# John V. Janusas
Attorney at Law
26 Court Street, Suite 2511
Brooklyn, New York 11242

Phone: (718) 624-5760             Facsimile: (718) 852-7065

---

<u>VIA FACSIMILE</u>      **FILED**      December 9, 2005
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

Honorable Cheryl L. Pollak
United States Magistrate Judge ★ DEC 21 2005 ★
United States District Court
Eastern District of New York
225 Cadman Plaza East     **BROOKLYN OFFICE**
Brooklyn, New York 11201

         Re:    Smith v. Stevens et. Al.
                <u>Civil Action No. CV 006121 (Gleeson, J.) (Pollak, M.J.)</u>

Dear Magistrate Judge Pollak:

      As you may be aware, the undersigned is the attorney for the plaintiff, Anzel Smith, in the above referenced case. Pursuant to an extension request approved by this Honorable Court on November 18, 2005, the report of Plaintiff Anzel Smith's Expert Witness Psychologist, Dr. Ernest Bonaparte, was to be exchanged by December 9, 2005. To date, the Plaintiff has been evaluated by Dr. Bonaparte, and has exchanged authorizations so that the defendants can obtain the Plaintiff's Psychological Records, however, a report has not yet been issued. To date, the undersigned has used his best efforts to obtain this report, and anticipates that it will be provided by Dr. Bonaparte within two additional (2) weeks.

      With these circumstances in mind, the undersigned respectfully requests that the Plaintiff be granted an additional extension of time until December 23, 2005 to exchange Dr. Bonaparte's report. The undersigned has conveyed this request to Assistant United States Attorney Catherine Mirabile via telephone message, but has not yet received a response.

      Please do not hesitate to contact the undersigned if you have any questions or require anything further.

                                                 Respectfully Submitted,

                                                 JOHN JANUSAS, ESQ.

cc: Catherine Mirabile, Assistant United States Attorney

*[Handwritten annotation:]* Request for 2 weeks is granted. No further extensions will be granted. So Ordered
s/Cheryl Pollak
12/13/05

# John V. Janusas
## Attorney at Law
### 26 Court Street, Suite 1200
### Brooklyn, New York 11242

Phone: (718) 624-5760

Facsimile: (718) 852-7065

---

To: Honorable Magistrate Judge Cheryl L. Pollak

From: John Janusas

Date: December 9, 2005

Re: <u>Smith v. Stevens et. al.</u>, 00CV6121

Fax Number/Page Total: (718) 260-2358; 2 Pgs. Total

Dear Magistrate Judge Pollak:

Please note the attached correspondence, and please do not hesitate to contact the undersigned if you have any questions or require anything further.

Respectfully Submitted,

John Janusas

## <u>CONFIDENTIALITY NOTICE</u>

The information contained in this facsimile message is privileged and confidential and intended only for the use of the individual(s) and/or entities named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of these materials is strictly prohibited, and review by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege. If you have received this message in error, please immediately notify the Law Office of John V. Janusas, Esq. at (718) 624-5760 to arrange for the return of these materials. Thank you.