UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 30 2006 ★

BROOKLYN OFFICE

---------------------------------------

ANZEL SMITH : ORDER OF SUSTENANCE or
: ORDER OF TRANSPORTATION
: ORDER OF LODGING
  -vs- :
:
STEVENS, ET AL : CV-000-6121
: DOCKET NUMBER
:
:

---------------------------------------

**ORDERED** that the Marshal supply proper

( )     LODGING

( XX)     SUSTENANCE

( )     TRANSPORTATION

          to the ( 8) jurors empaneled in the above entitled case,
and    to the ( ) U.S. Deputy Marshals in attendance thereon.

DATED: Brooklyn, New York

     **June 19, 2006**

( )     DURING TRIAL

(XX)    DELIBERATING

( )     SEQUESTERED          s/John Gleeson
                                           U. S. D. J.
( )     BREAKFAST

(XX)    LUNCH                               **A TRUE COPY**
                                                   **ATTEST**
( )     REFRESHMENT            June 19, 2006
                                            ROBERT C. HEINEMANN
( Check the appropriate box)       CLERK
                                            BY /s/ Vivian Kleer
                                               DEPUTY CLERK